```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
          :
GS HOLISTIC LLC,         :
         :
       Plaintiff,      :
         :      25-cv-2840 (LJL)
   -v-        :
         :      ORDER
ROC CITY SMOKE SHOP CORPORATION AND  :
ABDU N HUSSIEN,         :
         :
       Defendants.    :
         :
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court held an initial pretrial conference on July 8, 2025. Plaintiff appeared but no counsel appeared for either Defendant.

    Plaintiff may move for default judgment no later than August 1, 2025. Defendants may file an opposition to the motion for default judgment no later than August 15, 2025. The Court will hold a telephonic hearing on the motion for default judgment on August 19, 2025 at 2 PM. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts. Plaintiff is directed to restate these deadlines in its notice of motion and to file proof of service on the docket.

    SO ORDERED.

Dated: July 8, 2025
      New York, New York             _____
                                                     LEWIS J. LIMAN
                                                   United States District Judge