UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
GS HOLISTIC LLC,                                                   :
:
                      Plaintiff,                                     :
:      25-cv-2840 (LJL)
     -v-                                                          :
:      ORDER
ROC CITY SMOKE SHOP CORPORATION;                                   :
and ABDU N HUSSIEN,                                                :
:
                      Defendants.                                    :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court held a hearing in this matter today to address Plaintiff's pending motion for a default judgment. Dkt. No. 30. As the Court explained on the record, Plaintiff is encouraged to attempt to contact Defendants again to discuss with them the pending motion for a default judgment. Plaintiff is further encouraged to file a supplemental letter brief by September 16, 2025, addressing whether service on individual Defendant Abdu N. Hussien was proper under Federal Rule of Civil Procedure 4(e)(1). *See Luxottica Grp. S.p.A. v. Wafa Ali Inc.*, 2023 WL 6377332, at *3 (W.D.N.Y. Sept. 29, 2023) (holding that because a process server "did not state the basis for his belief [that an individual was the defendant's coworker], his affidavit [was] insufficient to show proper delivery of the papers" under New York law). Defendant Abdu N. Hussien shall respond no later than September 23, 2025. Plaintiff shall serve a copy of this

Order on Defendants and shall file proof of service on the docket.

    SO ORDERED.

Dated: August 19, 2025
       New York, New York

                                      LEWIS J. LIMAN
                               United States District Judge